## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *ex rel*. **MICHAEL ANDRIOLA,** <br><br>**Plaintiff/Relator,**<br><br>vs.<br><br>**FERREIRA CONSTRUCTION CO., INC., AMERICAN PILE AND FOUNDATION LLC, VALIANT ENERGY SERVICES LLC, VALIANT POWER GROUP, INC., d/b/a SM ELECTRIC, and NELSON FERREIRA,**<br><br>**Defendants.** | Case No. 3:23-cv-3834 (GC) (JBD)<br><br>**NOTICE OF VOLUNTARY DISMISSAL AS TO FERREIRA CONSTRUCTION CO., INC.** |

Relator Michael Andriola ("Relator), by and through his counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses without prejudice all claims in the above-captioned action against Defendant Ferreira Construction Co., Inc. Relator's claims against the other named Defendants remain. The United States consents to this dismissal.

Dated:  March 26, 2025

**SPIRO HARRISON & NELSON**

By:  */s/ Eric H. Jaso*
Eric H. Jaso
363 Bloomfield Avenue, Suite 2C
Montclair, NJ 07042
(973) 744-2100
ejaso@shnlegal.com

SHN\900453.1