UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* MICHAEL ANDRIOLA,<br><br>                        Plaintiff/Relator,<br><br>vs.<br><br>FERREIRA CONSTRUCTION CO., INC., AMERICAN PILE AND FOUNDATION LLC, VALIANT ENERGY SERVICES LLC, VALIANT POWER GROUP, INC., d/b/a SM ELECTRIC, and NELSON FERREIRA,<br><br>                        Defendants. | Case No. 3:23-cv-3834 (GC) (JBD)<br><br>**NOTICE OF VOLUNTARY DISMISSAL AS TO FERREIRA CONSTRUCTION CO., INC.** |

Relator Michael Andriola ("Relator"), by and through his counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses without prejudice all claims in the above-captioned action against Defendant Ferreira Construction Co., Inc. Relator's claims against the other named Defendants remain. The United States consents to this dismissal.

Dated:  March 26, 2025

                                                      **SPIRO HARRISON & NELSON**

                                                      By:  */s/ Eric H. Jaso*
                                                      Eric H. Jaso
                                                      363 Bloomfield Avenue, Suite 2C
                                                      Montclair, NJ 07042
                                                      (973) 744-2100
                                                      ejaso@shnlegal.com

It is so ordered this 27th day of March, 2025.

*Georgette Castner*
Georgette Castner, U.S.D.J.