**SPIRO HARRISON & NELSON**

Eric H. Jaso, Esq.
ejaso@shnlegal.com

363 Bloomfield Avenue, Suite 2C
Montclair, New Jersey 07042
Direct Dial: (973) 310-4026

September 24, 2025

**VIA ECF**

Hon. Georgette Castner
United States District Judge
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

RE: *United States of America ex rel. Andriola vs. Ferreira Construction et al.*, No. 3:23-cv-3834-GC-JBD (D.N.J)

Dear Judge Castner:

I represent Relator Michael Andriola in the above-captioned *qui tam* case. Having consulted with defense counsel (Robert C. Scrivo, Esq.) and counsel for the Government (Assistant U.S. Attorney David Simunovich), I write on behalf of all parties to advise the Court that the parties have settled this case. We have also advised Chief Justice Zazzali, whom Your Honor appointed Special Master, of the settlement. The United States has consented to this resolution.

A confidential settlement agreement has been executed and the parties will presently file a Stipulation of Voluntary Dismissal for the Court's consideration.

We thank Your Honor and Chief Justice Zazzali for your consideration and attention to this case.

Respectfully submitted,

SPIRO HARRISON & NELSON

Eric H. Jaso